| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Andrew Picek | Special Agent: Ryan Thick | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Derryc Leonard | Case No. | Case: 2:26−mj−30147<br>Assigned To : Unassigned<br>Assign. Date : 3/19/2026<br>Description: CMP USA V. SEALED<br>(DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 13, 2026_____ in the county of ____Wayne____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Thick, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ____March 19, 2026____

_____
*Judge's signature*

City and state: __Detroit, MI__

Hon. Kimberly G. Altman, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Ryan Thick, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since November 2022. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I completed 26 weeks of training, including the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and recognition of common subject behavior.

2.      While with ATF, I have investigated violent crimes, narcotics trafficking, and firearms related criminal violations. I have executed search and arrest warrants, utilized confidential informants, performed interviews, analyzed

data extracted from seized cellular devices, and engaged various surveillance techniques, including physical, electronic, and visual surveillance.

3.    I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

4.    I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

5.    This affidavit is in support of criminal complaint and application for an arrest warrant for Derryc LEONARD for the crime of felon in possession of ammunition in violation of Title 18 U.S.C. § 922(g)(1), committed on March 13, 2026.

6.    The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers.  This affidavit is intended to show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

2

**SUMMARY OF THE INVESTIGATION**

7.      On March 13, 2026, officers from the Detroit Police Department (DPD) responded to a "shots fired into an occupied dwelling" police run on the 900 block of King Street, Detroit, within the Eastern District of Michigan.

8.      Upon arriving on scene officers met with the victim (V1). V1 was inside his/her residence when V1 heard gunfire. V1 noted the front glass door was shattered and appeared to have been impacted by bullets.  Officers located five .40 caliber fired cartridge casings at the scene, confirming a shooting had occurred.

9.      V1 did not see who fired the shots but told officers that he/she believed the shooter was likely an individual using the Facebook account "NepRange."  V1 explained there was an ongoing argument between NepRange's girlfriend and V1. V1 further indicated she had recently received threats from NepRange.

10.     V1 did not know NepRange's name but knew that he drove a burgundy SUV similar to a Chevy Equinox, and knew NepRange's girlfriend's nickname.

11.     DPD detectives researched the publicly accessible Facebook profile and obtained a possible date of birth for NepRange, based upon posts and comments then publicly viewable on the account.  Utilizing the DPD Report Management System, investigators researched the date of birth and identified Derryc LEONARD as a possible suspect.

3

12.     DPD compared a Secretary of State photograph of LEONARD to the Facebook photo of NepRange and observed that it appeared to be the same person. A screen shot of the profile photo is included below along with a Secretary of State photo of LEONARD.



13.     Investigators administered a double-blind photo line up to V1 which contained LEONARD.  Following the line up procedure V1 positively identified LEONARD as the person V1 knew as NepRange. V1 also identified a photo of NepRange's girlfriend as the person V1 knew by a nickname.

14.     Investigators researched LEONARD in law enforcement databases and learned he had a burgundy 2010 Ford Edge Michigan registration EZD7757

4

(registered through the Michigan Secretary of State). I know from personal experience that a 2010 Ford Edge is similar in size and general appearance to a Chevy Equinox.

15.  Investigators reviewed surveillance footage near the shooting scene and observed what appeared to be the Ford Edge traveling eastbound toward V1's residence at approximately 12:01 AM, which is around the estimated time of the shooting.

16.  Investigators tracked the Ford Edge using surveillance cameras from the last known direction of travel to Super Coney Island located at 1141 Clay Street, Detroit, where it arrived at 12:02 AM (less than two minutes after the shooting).

17.  The Ford Edge parked at the Coney Island.  Surveillance footage shows LEONARD got out of the front passenger seat of the Ford Edge holding what appeared to be a black semiautomatic pistol in his right hand. A total of three additional males and a female driver also exited the Ford Edge; however, LEONARD was the only subject who was openly armed according to the footage.

5

*Leonard holding the pistol in his right hand after getting out of the Ford Edge:*



18.     An image from the surveillance footage is included below along with a prior

arrest photograph of LEONARD for comparison.



19.     I know from training and experience, that semi-automatic pistols, like the one LEONARD is seen holding in the surveillance footage shortly after the shooting, are typically chambered in calibers including 9mm, .40 caliber, .45 caliber, 10mm, and others. The fired cartridge casings recovered from the shooting scene were .40 caliber, which is consistent with a semi-automatic pistol or handgun being used, as opposed to a rifle or AR-pistol.

### NIBIN-Linked Shooting, March 12, 2026

20.     The fired cartridge casings from the March 13, 2026, shooting scene were entered into the National Integrated Ballistic Information Network (NIBIN) for comparison to other fired casings from other crime scenes in the database. NIBIN returned a preliminary match for another shooting on March 12, 2026, in Detroit.

21.     On March 12, 2026, Detroit Police Officers responded to a Shotspotter report of shots fired on Westphalia Street. On arrival, officers encountered the person later identified by V1 as LEONARD's girlfriend (as described above), sitting in a car. The woman told officers she did not hear or see any shots fired, and claimed she was waiting in her friend's car for a ride to come pick her up. She stated her friend had left about five minutes ago. The officers collected one .40 caliber fired cartridge casings from the parking lot, and eight additional .40 caliber fired cartridge casings in a nearby alley. The casings were later preliminary matched to the March 13, 2026, shooting by NIBIN.

22.     The officer's report did not document any details about the vehicle the woman was seated in. ATF special agents reviewed body camera video from the March 12, 2026, incident. From the body camera video, agents were able to view the license plate of the vehicle she was sitting in and identified the car as the burgundy 2010 Ford Edge with Michigan registration EZD7757 registered to LEONARD.

**Prohibited Status**

23.     In March of 2026, I reviewed LEONARD's Computerized Criminal History from LEIN and publicly available court records and learned that on October 13, 2006, LEONARD was convicted of felony assault with intent to do great bodily harm and felony firearm in the Third Circuit Court of Wayne County, Michigan.

24.     Additionally, I learned LEONARD was convicted of Armed Robbery, Aggravated Assault with a Deadly Weapon, and Possession of a Firearm During the Commission of a Felony on September 16, 2019, in the Fulton County Superior Court of Georgia.

25.     According to records obtained from MDOC related to the above felony convictions, LEONARD has served approximately seven years in prison. LEONARD was paroled in Georgia in October 2025. In November, his parole supervision was transferred to the Michigan Department of Corrections. On November 19, 2025, LEONARD signed an MDOC form CSJ-290, which informed

8

him that he is prohibited from possessing firearms under state and federal law. Therefore, LEONARD is aware of his status as a convicted felon, and that is he is prohibited from possessing firearms and ammunition.

### Interstate Nexus

26.     On March 18, 2026, ATF Interstate Nexus Expert S/A Joshua McLean was provided a description of one of the headstamps from the fired cartridge casings recovered at the shooting scene on March 13, 2026.  The head stamp indicated "Federal .40 S&W.".

27.     S/A McLean advised .40 caliber Federal ammunition is manufactured outside of the state of Michigan and thus concluded it would have traveled in and affected interstate or foreign commerce.

28.     S/A McLean further advised there are no mass-produced firearms manufacturers presently operating within the state of Michigan and thus the pistol depicted in the surveillance footage was likely manufactured outside the state of Michigan and would have traveled in and affected interstate or foreign commerce.

## CONCLUSION

29.     Probable cause exists that Derryc LEONARD, a convicted felon, was in possession of ammunition, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

_____
Ryan Thick
ATF Special Agent


Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. Kimberly G. Altman
UNITED STATES MAGISTRATE JUDGE


Date: _____March 19, 2026_____